IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11CR124 MAC/CAN |
| | § | |
| RAFAEL SANCHEZ (14) | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 11, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by G.R. Jackson.

On August 18, 2014, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of one-hundred (100) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine. Defendant began his term of supervision on Septermber 26, 2018. This case was transferred to the Honorable Marcia A. Crone on April 17, 2019.

On May 1, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 636). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; and (2) As a condition of supervised release, immediately upon release from confinement, Defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration

and Nationality Act, 8 U.S.C. § 1101, et seq. The court recommends that Defendant de deported. If ordered deported, Defendant shall remain outside of the United States. In the event Defendant is not deported, or for any reason re-enters the country after having been deported, Defendant shall comply with all conditions of supervised release, to include reporting to the nearest United States Probation Office within seventy-two (72) hours of release by immigration officials or re-entry into the country.

The Petition alleges that Defendant committed the following violations: (1) On March 31, 2019, Defendant was arrested for unlawfully entering the United States by U.S. Border Patrol agents near Sarita, Texas. On April 2, 2019, Defendant appeared before U.S. Magistrate Judge Jason Libby in the Southern District of Texas, Corpus Christi Division, and entered a plea of guilty to Improper Entry by Alien in violation of Title 8 U.S.C. 1325(a)(1), Case No. 2:19-mj-01261. Defendant was sentenced to sixty (60) days imprisonment and a $10.00 special assessment. As of the writing of the Petition, Defendant is in custody at the Federal Detention Center in Houston, Texas; and (2) Defendant was deported to Mexico on or about September 26, 2018. As evidenced by Defendant's arrest on March 31, 2019, near Sarita, Texas, Defendant has failed to remain outside of the United States after being deported.

At the hearing, Defendant entered a plea of true to Allegations 1 and 2. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the June 11, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months, with no supervised

release to follow, to run consecutively to any other sentence being served. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Seagoville, if appropriate.

**SIGNED this 12th day of August, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE